**CALIFORNIA PACKING CORPORATION, Petitioner, v. DISTRICT OF COLUMBIA.**

**No. 7513.**

United States Court of Appeals for the District of Columbia.

Decided Oct. 28, 1940.

Robert A. Littleton, of Washington, D. C., for petitioner.

Elwood H. Seal, Corp. Counsel, Vernon E. West, Principal Asst. Corp. Counsel, and Glenn Simmon, Asst. Corp. Counsel, all of Washington, D. C., for respondent.

Before GRONER, Chief Justice, and EDGERTON and VINSON, Associate Justices.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed on the authority of Neild et al. v. District of Columbia,[1] Colgate Palmolive Peet Company v. District of Columbia,[2] and Butler Brothers v. District of Columbia.[3]

Affirmed.

---

[1] 71 App.D.C. 306, 110 F.2d 246.
[2] 71 App.D.C. 324, 110 F.2d 264.
[3] 71 App.D.C. 326, 110 F.2d 266.